| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>PARKER, JAMES A. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/05/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.DIST.JUDGE(SENIOR) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>421 Gold Ave., S.W.<br>ALBUQUERQUE, N.M. 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Manager | JPFP▓▓▓▓ LLC |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Parker, James A.

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Delta Petroleum | | None | K | T | | | | | |
| 2. Denver Minerals & Royalty | E | Distribution | M | T | Buy | 09/01/10 | M | | Denver Minerals & Royalty |
| 3. U.S. Treas Notes | A | Interest | N | T | Sold (part) | 11/02/10 | L | | Open market |
| 4. CkngAcct.&CDs BkAm-Albuquerque, NM | A | Interest | J | T | Matured | 04/21/10 | M | | |
| 5. Agency Acct- JPMorgan | A | Interest | J | T | | | | | |
| 6. Parcel #1, Harris Co., TX (Undivided 50%) | | None | N | S | | | | | |
| 7. Parcel #3, Harris Co., TX (Undivided 50%) | | None | O | S | | | | | |
| 8. Parcel #1,LiveOakCo., TX (Undivided 50%) | D | Rent | O | S | | | | | |
| 9. Parcel #1, Bernalillo Co. NM (Undivided 25%) | | None | K | S | | | | | |
| 10. Parcel #2, Bernalillo Co., NM (Undivided 50%) | | None | K | S | | | | | |
| 11. MINERAL ROYALTY PROPERTIES: | | | | | | | | | |
| 12. LOUISIANA | | | | | | | | | |
| 13. Common Leases, Ascension Parish | A | Royalty | J | W | | | | | |
| 14. VariousLeases, Placquemine Parish | E | Royalty | K | W | | | | | |
| 15. TEXAS | | | | | | | | | |
| 16. Dobie Ranch, Live Oak Co. | E | Royalty | O | W | | | | | |
| 17. COLORADO | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. O.R.R.I. & R.I., Weld & Adams Cos. | G | Royalty | O | U | | | | | |
| 19. MINERAL WORKING INTERESTS: | | | | | | | | | |
| 20. Wells, Adams Co., CO. | G | Distribution | N | U | | | | | |
| 21. Well, Arapahoe Co, CO. | | | J | U | | | | | |
| 22. Wells, Washington Co., CO | F | Distribution | L | U | | | | | |
| 23. Wells, Weld Co, CO | F | Distribution | N | U | | | | | |
| 24. Well, Elbert Co., CO | C | Distribution | J | U | | | | | |
| 25. Parcel #1, La Plata Co., CO. (land,cabins,water)(25% int.) | B | Rent | M | S | | | | | |
| 26. Noble Energy | A | Dividend | L | T | Buy | 05/11/10 | L | | Open market |
| 27. EMC Corp | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 28. Siemens AG | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 29. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 30. Celgene Corp | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 31. Transocean Ltd | | None | | | Sold | 06/04/10 | J | | Open market (loss) |
| 32. Verizon Global Note | B | Interest | K | T | | | | | |
| 33. Bank of America CDs & Accts. (JPFP LLC) | D | Interest | N | T | | | | | |
| 34. Franklin U.S. Government Securities | D | Interest | N | T | Buy (add'l) | 01/11/10 | M | | Open market |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| PARKER, JAMES A. | 05/05/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Templeton Income Global | A | Distribution | L | T | Buy | 05/07/10 | L | | Open market |
| 36. Franklin Large Cap Equity | C | Interest | O | T | Buy (add'l) | 05/07/10 | O | | Open market |
| 37. Vanguard Emerging Markets | B | Interest | L | T | Buy | 05/13/09 | L | | Open market |
| 38. ACE Ltd | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 39. CJS Denver Holdings, LLC | | None | | | | | | | Ceased operating |
| 40. MBH Enterprises,LLC | D | Distribution | N | U | | | | | |
| 41. AFG, LLC | A | Distribution | M | U | | | | | |
| 42. Westfield Res. Partners | | None | K | U | | | | | . |
| 43. Apple Inc | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 44. TEVA Pharmaceutical Inds | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 45. JP Morgan Chase | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 46. CREE Inc | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 47. Li & Fung Ltd | | None | J | T | Buy | 11/01/10 | J | | Open market |
| 48. Hyundai Motor Co | | None | J | T | Buy | 11/02/10 | J | | Open market |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

During 2010 I made charitable gifts exceeding $1,000.00 in value to University of New Mexico Foundation, Rice University, United Way of Central New Mexico, St. John's Cathedral, Albuquerque Museum Foundation, University of Texas Law School Foundation, Colorado Uplift, New Mexico Community Foundation Breast Cancer Resource Center, and Family in Christ Community Church.

During 2010 I made gifts exceeding $1,000.00 in value of interests in JPFP LLC

The securities shown on lines 1-3,26-32,34-38,43-48 of Section VII were held during 2010 by Fiduciary Trust International either in an I.R.A. account and/or in a managed account.

The agency account at J.P. Morgan Private Bank (line 5, Section VII) is an account in which                    I each have an undivided 50% interest. The primary assets for which J.P. Morgan Private Bank is agent are Louisiana mineral royalty properties (lines 12-14, Section VII). The royalty income received by the Bank is invested in money-market funds which earn interest or dividends in the amount stated on line 5, Section VII. The royalty income from and the values of the mineral properties held in the agency account are stated at lines 13-14 of Section VII.

Value code S was used for the following properties:

Line 6   Parcel  #1, Harris Co., TX  $538,087   (JPFP, LLC 50%=$269,043)
Line 7   Parcel  #3, Harris Co., TX         $1,574,746   (JPFP, LLC 50%=$787,373)
Line 8   Parcel  #1, Live Oak Co., TX          $1,077,780   (JPFP, LLC 50%=$538,890)
Line 9   Parcel  #1, Bernalillo Co., NM  $162,900  (JPFP, LLC 25%=  $40,725)
Line 10  Parcel  #2 Bernalillo Co., NM    $65,700  (JPFP, LLC 50%=  $37,850)
Line 25  Parcel  #1, La Plata Co., Co  $618,370  (JPFP, LLC 25%=$154,592)

During 2010 I and/or JPFP      LLC received a refunds for overpayment of state taxes from New Mexico within income code B, from Colorado within income code C, and from Louisiana within income code A.

The descriptions on lines 11, 12, 15, 17 and 19 of Section VII are merely headers.

During 2010 I received a distribution within Value A from the Estate of William B. Stuessy.

During 2010 the guaranty of a liability owed to Community Banks of Colorado by JPFP      LLC as shown in Section VI was paid in full.

During 2010 one certificate of deposit shown on line 4, Section VII of value M matured and was not renewed.

During 2010 CJS Denver Holdings, LLC (line 39, Section VII) ceased operating and went broke and out of business.

MHB Enterprises reported on line 40 was comprised of three components: MHB Enterprises, MHB Acquisition Opportunity Fund, and Mile High Flea Market. The 2010 income and the 2010 year end value shown on line 40, Section VII is the combined 2010 income and year end value of all three components. During 2010 MHB Acquisition Opportunity Fund fully matured and as of the end of 2010 it no longer existed.

During 2010 on various dates there were sales or withdrawals of U.S. Treasury Notes (Line 3, Section VII) in a total amount within value L resulting in a year in value of N for the remaining Treasury Notes.

My 2009 Report incorrectly reported overriding royalty and royalty interests in Arapahoe County, Colorado on line 18, Section VII. This 2010 Report correctly shows on line 18, Section VII no ORRI or RI interest in Arapahoe County, Colorado. The only mineral interest in Arapahoe County, Colorado is a working interest as reported on line 21, Section VII of the 2009 Report and this 2010 Report. During 2010, no income was received from the well in Arapahoe County although JPFP LLC still owned an interest in the well at the end of 2010.

My 2009 Report incorrectly reported on line 20, Section VII working interests in  wells in Adams County, Colorado. JPFP LLC actually had interests in  wells in Adams County, Colorado. This 2010 Report has been corrected to show  Adams County wells on line 20, Section VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544